**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 10-8036 PCT-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Richard Larry Self, ) | |
| Defendant. ) | |

Defendant Richard Larry Self is charged with possession of child pornography and currently resides at Behavioral Systems Southwest in Phoenix, Arizona. One of the conditions of his release is that he not travel outside of Maricopa County.

Defendant has filed a motion seeking permission to travel to his daughter's wedding in Page Springs, Arizona. Doc. 29. Defendant would stay with his son in Rimrock, Arizona during the trip. *Id.*

The government opposes the motion. The government notes that Defendant possessed material depicting young children engaged in sexual activity. The government also seized stories written by Defendant that describe sexual activities with his children, as well as sexually explicit photographs taken by Defendant of his children and a granddaughter. Doc. 30. During the initial detention hearing, the ICE officer assigned to this case testified that Defendant's wife had expressed concern, on behalf of the family, that Defendant had sexually molested his mentally handicapped daughter. Doc. 22 at 9-10.

The Court concludes that Defendant's presence at a family wedding could present a risk of harm to children, grandchildren, or other young people present at the wedding. Defendant's motion will therefore be denied.

**IT IS ORDERED** that Defendant's motion for permission to travel (Doc. 29) is **denied**.

Excludable delay pursuant to U.S.C. § 18:3161(h)(1)(D) is found to commence on 9/7/2010 for a total of 10 days.

DATED this 16th day of September, 2010.

_David G. Campbell_
United States District Judge